# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2012

*The Court of Appeals hereby passes the following order*

**A13I0011. GREGORY D. MARTIN v. LINDA G. MARTIN.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11A01329



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, September 20, 2012.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*